PROB 12C
(6/16)

Report Date: April 9, 2026

**United States District Court**

**for the**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2026

SEAN F. McAVOY, CLERK

**Eastern District of Washington**

ECF No 5

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Duke Isaac SiJohn                Case Number: 0980 2:24CR00038-TOR-1

Address of Offender: ████████████████  Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable David C. Nye, Chief U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 7, 2021

Original Offense:         Domestic Assault by a Habitual Offender, 18 U.S.C. § 117

Original Sentence:        Prison - 41 months          Type of Supervision: Supervised Release
                          TSR - 36 months

Asst. U.S. Attorney:      U.S. Attorney's Office        Date Supervision Commenced: September 16, 2023

Defense Attorney:         Federal Defender's Office      Date Supervision Expires: September 15, 2026

**PETITIONING THE COURT**

To issue a summons

On January 25, 2024, the undersigned officer reviewed a copy of the conditions of supervision with Mr. SiJohn as outlined in the judgment and sentence. Mr. SiJohn acknowledged and understanding of those conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. SiJohn allegedly violated the above-stated condition of supervision by using an illicit controlled substance, specifically marijuana, starting in December 2025 through February 17, 2026. |
| | On February 24, 2026, Mr. SiJohn provided a urine sample that tested positive for marijuana. Additionally, Mr. SiJohn admitted to having consumed marijuana for several months. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C

**Re: SiJohn, Duke Isaac**
**April 9, 2026**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/09/2026

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violations contained in this petition
with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice

Signature of Judicial Officer

April 13, 2026

Date